**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Edward Nino ALFARO, Defendant–Appellant.**

**No. 09–30033.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 24, 2010.

Filed May 28, 2010.

Anthony G. Hall, Esquire, Aaron Nicholas Lucoff, Esquire, Christian S. Nafzger, Esquire, Assistants U.S., Office of the U.S. Attorney, Boise, ID, for Plaintiff–Appellee.

Leo N. Griffard, Boise, ID, for Defendant–Appellant.

Before: KOZINSKI, Chief Judge,
TROTT and N.R. SMITH, Circuit Judges.

MEMORANDUM *

1. "[B]ecause the jury would learn of his [prior conviction] in any event," *Estelle v. Williams*, 425 U.S. 501, 507, 96 S.Ct. 1691, 48 L.Ed.2d 126 (1976) (internal quotation marks omitted), and because the trial court appropriately instructed the venire, Alfaro was not deprived of his constitutional right to a fair trial.

2. Alfaro's sentence was not procedurally erroneous or substantively unreasonable. *United States v. Carty*, 520 F.3d 984, 993 (9th Cir.2008) (en banc).

**AFFIRMED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.